ABRAHAM HARROW, Appellant, v. FRANK D. CREAMER & CO., INC., Respondent.
— Judgment reversed upon the law and new trial granted, with costs to appellant
to abide the event.    (See *Harrow* v. *Creamer & Co., Inc.*, *ante*, p. 769, decided here-
with.)    Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ., concur.

JOSEPH HILD, Respondent, v. McCLINTIC-MARSHALL COMPANY, Appellant.—
Order granting plaintiff's motion to compel defendant to receive notice of appeal
reversed upon the law, with ten dollars costs and disbursements, and motion
denied, with ten dollars costs.    We think the time to appeal from the judgment
expired thirty days after service of a copy thereof on plaintiff's attorney with
notice of entry.    (Civ. Prac. Act, § 612.)    Plaintiff's procedure to set aside the
judgment resulting in an order which was thereafter reversed (*Hild* v. *McClintic-
Marshall Co.*, 215 App. Div. 780) did not operate to extend his time to appeal
from the judgment.    (*Commercial Bank* v. *Sherwood*, 162 N. Y. 310, 321; *Brown*
v. *Cleveland Trust Co.*, 233 id. 399, 406, citing *Loeb* v. *Willis*, 100 id. 231, 235.)
Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of KATHERINE E. AUSTIN, Appellant, for a
Mandamus Order against HARRY F. BITZ, as Building Inspector of the Village of
Port Chester, Respondent.— Upon reargument, order denying motion for per-
emptory order of mandamus unanimously affirmed, with costs.    No opinion.
[See 215 App. Div. 833.]    Present — Kelly, P. J., Jaycox, Manning, Kapper and
Lazansky, JJ.

In the Matter of the Petition of JOHN HOFFMAN, Appellant, to Render and Settle
His Account as Executor, etc., of MARY HOFFMAN, Deceased.    MARY WISSLER,
Respondent.— Decree of the Surrogate's Court of Kings county, in so far as
appealed from, unanimously affirmed, with costs to the respondent payable out
of the estate.    No opinion.    Present — Kelly, P. J., Rich, Jaycox, Kapper and
Lazansky, JJ.

PHILIP LESCHNIK, Appellant, v. A. D. B. CONSTRUCTION CO., INC., and Others,
Defendants, Impleaded with THE WEST END BANK OF BROOKLYN, Respondent.—
Order modified by providing that there shall be a resale of the entire premises
in the manner provided for in the order and with the distribution of the proceeds
as therein also provided, upon condition that the respondent within five days
pay to the referee the expenses of the sale already had, in which event the order,
as modified, is affirmed, without costs.    In the event of the respondent not making
such payment, the order will be reversed upon the law and the facts, with ten
dollars costs and disbursements, and motion to modify the order of September 15,
1925, denied.    We are of opinion that the order appealed from affects plaintiff's
substantial rights, but that the equities of the respondent are such as to require
a resale of the mortgaged premises.    While the respondent did apply before the
sale for the relief which the order appealed from, made after the sale, granted, we
think that the respondent should have applied for a stay of the sale until its rights
as a junior mortgagee could be properly determined.    Its failure to so apply
requires the imposition of the terms stated.    Kelly, P. J., Rich, Jaycox, Kapper
and Lazansky, JJ., concur.    Settle order on notice.